FILED ☒  LODGED ☐
RECEIVED ☐  COPY ☐

NOV 0 6 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., | CV 01-2136-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Sanjay R. Shah, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter and order this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS HEREBY ORDERED** that this matter has been reassigned by random lot to the Honorable James A. Teilborg. All further pleadings and papers submitted for filing shall bear the following complete case number: CIV 01-2136 PHX JAT.

DATED this 6 day of November, 2001.

_____
Roslyn O. Silver
United States District Judge